# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1860 MJD/SRN **Case Title:** Klaik Proposal Software Inc v Joseph Nill

**Affidavit of Movant**

I, Martin A. Carlson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Douglas L. Rogers, an attorney admitted to practice in the Southern District of Ohio, but not admitted to the bar of this court, who will be counsel for the ~~( )plaintiff~~ ( )defendant Joseph Nill in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 0299650 1-3-02
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Douglas L. Rogers, am currently a member in good standing of the U.S. District Court for the Southern District of Ohio, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Douglas L. Rogers [signature: Douglas L. Rogers] Jan. 2, 2002
Type/Print Name Signature Date

Attorney License Number: 0008125

Law Firm Name & Address: Vorys, Sater, Seymour and Pease LLP

52 East Gay Street, P.O. Box 1008

Columbus, Ohio 43216-1008

Telephone: (614) 464-5407

Motion Granted: [signature: Richard D. Sletten] 1/4 JAN 04 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________