UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Klark Proposal Software, Inc.,
a Minnesota corporation,

Plaintiff,

v.

Joseph Nill,

Defendant.

Civil Action No.: 01-1860 MJD/SRN

**ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the parties' Stipulation of Dismissal With Prejudice,

IT IS HEREBY ORDERED that all claims in the above-captioned action are dismissed with prejudice on the merits, and without costs or attorneys' fees to any party.

BY THE COURT:

Dated: May 8, 2002

Michael J. Davis

::ODMA\PCDOCS\FBDOCS1\2641702\1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK